IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN THE MATTER OF THE **APPLICATION FOR RESIGNATION OF MICHAEL PAUL KENNEY FROM THE PRACTICE OF LAW** | * * * * * * | CASE NO.: 26-mc-00006 |

### ORDER

Upon consideration of the Application for Resignation from the Practice of Law of Michael Paul Kenney (Bar No. 04903) pursuant to Local Rule 701.2(c)(i), and on the recommendation of the Court's Disciplinary & Admissions Committee, it is this 7th day of January, 2026

ORDERED by the United States District Court for the District of Maryland, that the Application for Resignation from the Practice of Law of Michael Paul Kenney is hereby accepted, and it is further

ORDERED, that the Clerk of this Court shall strike the name of Michael Paul Kenney from the register of attorneys in this Court.

Date: 1/7/2026

George L. Russell III, Chief Judge
United States District Court